UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JEFFREY R. LeBLANC,

       Plaintiff,              Case No. 1:15-cv-1001

v.                                        Honorable Paul L. Maloney

BARACK OBAMA,

       Defendant.
_____/

## **JUDGMENT**

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated:  December 22, 2015        /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States Distrct Judge